AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| William B. Johnson<br>*Plaintiff*<br>v.<br>Nancy A. Berryhill, Acting Commissioner of Social Security<br>*Defendant* | Civil Action No.: 5:16-2923-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is the judgment of this Court that Defendant's decision is vacated and remanded for further administrative action as detailed in the Report.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, who adopted the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

Date: November 9, 2017

Robin L. Blume
*CLERK OF COURT*

s/Glenda J. Nance
*Signature of Clerk or Deputy Clerk*