IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| WILLIAM B. JOHNSON, | ) | No. 5:16-CV-02923-MGL-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the parties Stipulation for an award of attorney fees under the Equal Access to Justice Act (EAJA), it is hereby,

ORDERED that Plaintiff, William Johnson, is awarded attorney fees under the EAJA in the amount of Three Thousand Nine Hundred dollars and Zero cents ($3,900.00). These attorney fees will be paid directly to Plaintiff, William Johnson, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

                                               s/ Mary Geiger Lewis
                                               MARY GEIGER LEWIS
                                               UNITED STATES DISTRICT COURT JUDGE

February 20, 2018