

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## ORANGEBURG DIVISION

| | | |
|---|---|---|
| WILLIAM B. JOHNSON, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 5:16-02923-MGL |
| | § | |
| ANDREW M. SAUL, | § | |
| Commissioner of Social Security, | § | |
|     Defendant. | § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES

This is a Social Security appeal. Pending before the Court is Plaintiff William B. Johnson's motion under 42 U.S.C. § 406(b) for attorney fees in the amount of $18,727.12. Defendant Andrew M. Saul does not oppose the motion.

Having carefully considered the motion, the response, the record, and the relevant law, it is the judgment of the Court the motion is **GRANTED**.

**IT IS SO ORDERED**.

Signed this 25th day of June, 2019, in Columbia, South Carolina.

                                                      s/ Mary Geiger Lewis  
                                                    MARY GEIGER LEWIS  
                                                    UNITED STATES DISTRICT JUDGE